UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DORENE LEMARE HARVEY                                          CIVIL ACTION

VERSUS                                                                       NO. 12-2267

MICHAEL J. ASTRUE, COMMISSIONER                   SECTION "I" (2)
OF SOCIAL SECURITY ADMINISTRATION

# ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and the objection by plaintiff, Dorene Lemare Harvey, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

IT IS **ORDERED** that plaintiff's motion for summary judgment is **DENIED** and her complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 21st day of May, 2013.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE