UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DORENE LEMARE HARVEY | CIVIL ACTION |
| VERSUS | NO. 12-2267 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "I" (2) |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and the objection by plaintiff, Dorene Lemare Harvey, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

IT IS **ORDERED** that plaintiff's motion for summary judgment is **DENIED** and her complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 21st day of May, 2013.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE